UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Fanatics Collectibles Topco, Inc.

Plaintiff(s)

- v -

Panini S.p.A.

Defendant(s)

**RULE 7.1 STATEMENT**

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Fanatics Collectibles Topco, Inc.

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

Fanatics Collectibles Topco, Inc. is wholly owned by Fanatics Global Holdco, LLC, which is itself wholly owned by Fanatics Holdings, Inc. Fanatics Collectibles Topco, Inc. is not a publicly held corporation, and no publicly held corporation owns 10% or more of its stock.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Fanatics Collectibles Topco, Inc. is a citizen of Delaware and New York. It is a Delaware corporation with its principal place of business in New York, NY.

Panini S.p.A. is a citizen of Italy. It is an Italian corporation with its principal place of business in Modena, Italy.

8/7/23

Date

/s/ Michael B. Carlinksy

Signature of Attorney

MC6594

Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).