```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FANATICS COLLECTIBLES TOPCO, INC.,

          Plaintiff,

    -against-

PANINI S.P.A.,

          Defendant.

1:23-cv-6895 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of several letters from the parties regarding consolidation of this action with another action currently pending before Judge Reardon (Case No. 23-cv-9714). [*See* ECF Nos. 25, 26, 27.] The Court will not entertain any further filings on this issue.

    **Failure to comply with this Order or any Rule of this Court may result in preclusion of claims, evidence, or defenses, monetary penalties and/or dismissal of this action.**

**SO ORDERED.**

Date: **November 13, 2023**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1