**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7150**

December 14, 2023

WRITER'S EMAIL ADDRESS
**michaelcarlinsky@quinnemanuel.com**

<u>VIA ECF</u>

The Honorable Jennifer H. Rearden
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

Re:  <u>Fanatics Collectibles Topco, Inc. v. Panini S.p.A., Case No. 1:23-cv-6895</u>

Dear Judge Rearden:

      We write on behalf of Plaintiff Fanatics Collectibles Topco, Inc. ("Plaintiff") regarding Your Honor's order on the briefing schedule for the parties' motions to dismiss. Dkt. No. 33. Plaintiff respectfully seeks clarification as to whether the deadline for responses, which Your Honor set for January 12, 2024, also would apply to any amendment to Plaintiff's complaint, which Plaintiff has not yet amended. Further, Plaintiff respectfully requests that the Court, given the upcoming holidays, extend Plaintiff's time to amend its complaint to January 26, 2024. Plaintiff has conferred with Defendant, and Defendant does not object to Plaintiff's requested extension. We thank Your Honor for your consideration of this request.

Respectfully submitted,

<u>/s/ Michael B. Carlinsky</u>
Michael B. Carlinsky
Christopher D. Kercher
Sami H. Rashid
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Ave, 22nd Floor
New York, NY 10010

Derek L. Shaffer
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
1300 I Street NW, 9th Floor
Washington, DC 20005

Application GRANTED. Any amendment to the Complaint shall be filed by **January 26, 2024**.

The Clerk of Court is directed to terminate ECF No. 36.

SO ORDERED.

*[signature]*

Jennifer H. Rearden, U.S.D.J.
Date: December 13, 2023

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH