UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FANATICS COLLECTIBLES TOPCO, INC.,

                                    Plaintiff,

                    -v.-

PANINI S.P.A.,

                                    Defendant.

23 Civ. 06895 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

In light of Plaintiff's amended complaint filed on January 26, 2024, ECF No. 39, Defendant's earlier-filed motion to dismiss the complaint, ECF No. 34, is hereby DENIED as moot.

The Clerk of Court is directed to terminate ECF No. 34.

SO ORDERED.

Dated: February 1, 2024
       New York, New York

JENNIFER H. REARDEN
United States District Judge