**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FANATICS COLLECTIBLES TOPCO, INC.,

    Plaintiff,

v.

PANINI S.P.A.,

    Defendant.

                                  /

**Case No. 1:23-cv-06895-JHR**
**[rel: Case No. 1:23-cv-09714-JHR]**

**NOTICE OF DEFENDANT PANINI S.P.A.'S MOTION TO DISMISS PLAINTIFF FANATICS COLLECTIBLES TOPCO, INC.'S AMENDED COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendant Panini S.p.A. by and through its undersigned counsel, moves this Court, before the Honorable Jennifer H. Rearden, United States District Judge, for an order dismissing Plaintiff Fanatics Collectibles TopCo Inc.'s Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

February 23, 2024

Respectfully submitted,

/s/ David Boies
David Boies
Eric Brenner
**Boies Schiller Flexner LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
dboies@bsfllp.com
ebrenner@bsfllp.com

Stuart H. Singer*
Sabria A. McElroy*
Jason Hilborn*
**Boies Schiller Flexner LLP**

1

401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
ssinger@bsfllp.com
smcelroy@bsfllp.com
jhilborn@bsfllp.com

Ursula Ungaro**
**Boies Schiller Flexner LLP**
100 SE 2nd Street Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
uungaro@bsfllp.com

James P. Denvir*
Richard A. Feinstein*
**Boies Schiller Flexner LLP**
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
jdenvir@bsfllp.com
rfeinstein@bsfllp.com

*Counsel for Panini S.p.A.*

*\*Pro hac vice*
*\*\* Pro hac vice forthcoming*

2