IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FANATICS COLLECTIBLES TOPCO, INC., <br><br> Plaintiff, <br><br> v. <br><br> PANINI S.P.A., <br><br> Defendant. | Case No.: 1:23-cv-06895-JHR <br> [rel: 1:23-cv-09714-JHR] <br><br> **DECLARATION OF SABRIA MCELROY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |

I, Sabria McElroy, hereby declare under penalty of perjury that the foregoing statements are true and correct:

1. I am an attorney duly licensed to practice law in the State of Florida and am a partner with the law firm of Boies Schiller Flexner LLP, admitted *Pro Hac Vice* to practice before this Court, and counsel for Defendant Panini S.p.A. ("Panini"). I submit this declaration in support of Defendant's Motion to Dismiss. I have personal knowledge of the facts set forth herein, and if called upon, could and would testify thereto under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of an unsigned draft term sheet drafted by Fanatics and/or its counsel at Wachtell, Lipton, Rosen & Katz ("Wachtell") titled "Non-Binding Letter of Intent – Confidential for Discussion Purposes Only," dated May 17, 2022.

3. Attached hereto as **Exhibit B** is a true and correct copy of an unsigned draft term sheet titled "Non-Binding Letter of Intent – Confidential for Discussion Purposes Only," dated June 20, 2022 with revisions by Panini's counsel at Gibson, Dunn & Crutcher LLP ("Gibson") in redline.

1

4. Attached hereto as **Exhibit C** is a true and correct copy of an unsigned draft term sheet titled "Non-Binding Letter of Intent – Confidential for Discussion Purposes Only," dated July 6, 2022 with revisions by Fanatics and/or its counsel at Wachtell.

5. Attached hereto as **Exhibit D** is a true and correct copy of an unsigned draft term sheet titled "Non-Binding Letter of Intent – Confidential for Discussion Purposes Only," dated July 22, 2022 with revisions by Panini's counsel at Gibson.

6. Attached hereto as **Exhibit E** is a true and correct copy of an unsigned draft term sheet titled "Non-Binding Letter of Intent – Confidential for Discussion Purposes Only," dated July 29, 2022 with revisions by Fanatics and/or its counsel at Wachtell in redline.

7. Attached hereto as **Exhibit F** is a true and correct copy of an unsigned draft term sheet titled "Non-Binding Letter of Intent – Confidential for Discussion Purposes Only," dated August 11, 2022 with revisions by Panini's counsel at Gibson in redline.

8. Attached hereto as **Exhibit G** is a true and correct copy of an unsigned draft term sheet titled "Non-Binding Letter of Intent – Confidential for Discussion Purposes Only," dated August 16, 2022 with revisions by Fanatics and/or its counsel at Wachtell in redline.

9. Attached hereto as **Exhibit H** is a true and correct copy of an unsigned draft term sheet titled "Non-Binding Letter of Intent – Confidential for Discussion Purposes Only," dated August 25, 2022 with revisions by Panini's counsel at Gibson in redline.

10. Attached hereto as **Exhibit I** is a true and correct copy of an unsigned draft term sheet titled "Non-Binding Letter of Intent – Confidential for Discussion Purposes Only," dated September 13, 2022 with revisions by Fanatics and/or its counsel at Wachtell in redline.

11. Attached hereto as **Exhibit J** is a true and correct copy of an unsigned draft term sheet titled "Non-Binding Letter of Intent – Confidential for Discussion Purposes Only," dated September 23, 2022 with revisions by Panini's counsel at Gibson in redline.

12. Attached hereto as **Exhibit K** is a true and correct copy of an unsigned draft term sheet titled "Non-Binding Letter of Intent – Confidential for Discussion Purposes Only," dated September 25, 2022 with revisions by Fanatics and/or its counsel at Wachtell in redline.

Executed on: February 23, 2024

Respectfully submitted,

*/s/ Sabria McElroy*
Sabria McElroy
BOIES SCHILLER FLEXNER LLP
401 E Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 377-4216
Facsimile:  (954) 356-0022
smcelroy@bsfllp.com

*Counsel for Defendant Panini S.p.A.*