**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Fanatics Collectibles Topco, Inc.,

                              Plaintiff,                    **23-CV-6895-LTS-VF**

              -against-                                      **ORDER**

Panini S.P.A.,

                              Defendant.
------------------------------------------------------------------X
Panini America, Inc.,

                              Plaintiff,                    **23-CV-9714-LTS-VF**

              -against-

Fanatics, Inc., Fanatics, LLC, Fanatics
Collectibles Intermediate Holdco, Inc.,
Fanatics SPV, LLC, and Fanatics Holdings, Inc.,

                              Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

        A status conference in this matter is hereby scheduled for **Monday, September 23, 2024**

**at 10 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line

at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

        **SO ORDERED.**

DATED:        New York, New York
              September 12, 2024

                                          _____
                                          VALERIE FIGUEREDO
                                          United States Magistrate Judge