UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PANINI AMERICA, INC.,

                        Plaintiff,                  **23-cv-9714 (LTS) (VF)**
                                                                                  **23-cv-6895 (LTS) (VF)**

                    -against-

FANATICS, INC. et al,                                                           **ORDER**

                        Defendants.
------------------------------------------------------------------X
FANATICS COLLECTIBLES TOPCO, INC.,

                        Plaintiff,

                    -against-

PANINI S.P.A.,

                        Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A discovery conference is hereby scheduled for **Thursday, November 7, 2024, at 10 AM**. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].** The parties are directed to file a joint status letter by **Monday, November 4, 2024**, summarizing the progress of discovery and raising any issues to be addressed at the conference.

      **SO ORDERED.**

DATED:    New York, New York
                September 23, 2024

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge