UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PANINI AMERICA, INC.,

                              Plaintiff,            **23-cv-9714 (LTS) (VF)**
                                          **23-cv-6895 (LTS) (VF)**

            -against-

FANATICS, INC. et al,                                      **ORDER**

                              Defendants.
-----------------------------------------------------------------X
FANATICS COLLECTIBLES TOPCO, INC.,

                              Plaintiff,

            -against-

PANINI S.P.A.,

                              Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Monthly discovery conferences to address any discovery disputes are hereby scheduled for the below dates and times. Counsel for the parties are directed to call Judge Figueredo's Teams conference line at the scheduled time for each conference. **Please dial (646) 453-4442, and the access code listed for each conference.**

- **Thursday, December 12, 2024 at 9:45 a.m.**; access code **[617300630#]**

- **Thursday, January 9, 2025 at 10 a.m.**; access code **[112379097#]**

- **Thursday, February 4, 2025 at 10 a.m.**; access code **[232562408#]**

- **Thursday, March 13, 2025 at 10 a.m.**; access code **[906897680#]**

- **Thursday, April 10, 2025 at 10 a.m.**; access code **[852808059#]**

- **Thursday, May 8, 2025 at 10 a.m.**; access code **[234558427#]**

- **Thursday, June 5, 2025 at 10 a.m.**; access code **[513663881#]**

- **Thursday, July 10, 2025 at 10 a.m.**; access code **[7455283#]**

The parties are directed to file a joint status letter, discussing any discovery disputes to be addressed at the conference no later than **3 days** before the scheduled conference. There is no page limit for these letter submissions. If there are no disputes to address at an upcoming conference, the parties should send a letter requesting an adjournment of the upcoming conference.

**SO ORDERED.**

DATED:   New York, New York
         November 7, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge