UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FANATICS COLLECTIBLES TOPCO, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> PANINI S.P.A., <br><br> *Defendant.* | Case No. 1:23-cv-06895-LTS-VF <br> [Related to Case No. 1:23-cv-09714-LTS-VF] |

## DECLARATION OF LAWRENCE E. BUTERMAN IN SUPPORT OF FANATICS' OBJECTION TO NONDISPOSITIVE ORDER

I, Lawrence E. Buterman, declare as follows:

1. I am a partner at the law firm of Latham & Watkins LLP and counsel for the Fanatics entity ("Fanatics") in the above-captioned matter. I make this Declaration in support of Fanatics' Objection to Nondispositive Order. The facts set forth herein are based on my personal knowledge; if called upon to do so, I can and will competently testify to these facts.

2. On October 4, 2024, Eric Brenner, counsel for Panini, requested by letter that Fanatics produce six license agreements.

3. The parties discussed their respective positions regarding Panini's request during a telephonic conference before Magistrate Judge Figueredo on November 7, 2024. The parties subsequently filed letter briefs on the topic. Dkt. Nos. 129-131, 134, *Panini America, Inc. v. Fanatics, Inc. et al.*, No. 1:23-cv-09714.

4. On December 12, 2024, Magistrate Judge Figueredo ordered Fanatics to produce these license agreements under attorney's-eyes-only designation.

1

5. On January 3, 2025, Jason Scheiderer (SVP & Director of Litigation, Fanatics Collectibles) formally notified Fanatics' licensors of the potential production of the license agreements at issue under "Outside Counsel Eyes' Only" confidentiality designation, pursuant to the parties' agreement regarding the forthcoming protective order.

6. Attached as **Exhibit 1** is a true and correct copy of excerpts of a transcript from a conference held before Magistrate Judge Figueredo on September 23, 2024 regarding the above-captioned litigation.

7. Attached as **Exhibit 2** is a true and correct copy of excerpts of a transcript from a conference held before Magistrate Judge Figueredo on November 7, 2024 regarding the above-captioned litigation.

8. Attached as **Exhibit 3** is a true and correct copy of an October 4, 2024 letter from Eric Brenner regarding the above-captioned litigation.

9. Attached as **Exhibit 4** is true and correct copy of excerpts of a transcript from a conference held before Magistrate Judge Figueredo on December 12, 2024 regarding the above-captioned litigation.

10. Attached as **Exhibit 5** is a true and correct copy of a December 2, 2024 email from Jessica Mugler regarding the above-captioned litigation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  January 6, 2025     Respectfully submitted,

*/s/ Lawrence E. Buterman*
Lawrence E. Buterman
**Latham & Watkins LLP**
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1264
lawrence.buterman@lw.com

*Counsel for Fanatics*