# Exhibit 1

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK

In re:                                  :
                                        :   Docket #1:23-cv-09714-
 PANINI AMERICA, INC.,                  :   LTS-VF

                Plaintiff,              :

  - against -                           :

 FANATICS, INC., et al.,                :

                Defendants.             :
--------------------------------------- :
In re:                                  :
                                        :   Docket #1:23-cv-06895-
 FANATICS COLLECTIBLES HOLDCO, INC.,    :   LTS-VF

                Plaintiff,              :

  - against -                           :

 PANINI SPA,                            :   New York, New York
                                            September 23, 2024
                Defendant.              :
                                            TELEPHONE CONFERENCE
--------------------------------------- :
                     PROCEEDINGS BEFORE
             THE HONORABLE VALERIE FIGUEREDO,
               UNITED STATES MAGISTRATE JUDGE

APPEARANCES:
For Fanatics entities: LATHAM & WATKINS LLP
                       BY: LAWRENCE EDWARD BUTERMAN, ESQ.
                       1271 Avenue of the Americas
                       New York, NY 10020


Transcription Service: Carole Ludwig, Transcription Services
                       155 East Fourth Street #3C
                       New York, New York 10009
                       Email: Transcription420@aol.com


Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.
```

```
 1                         PROCEEDINGS                       12
 2  whether we should get going with discovery.  But then,
 3  if you don't have a decision and we're still in this
 4  sort of holding pattern, we can talk about perhaps
 5  engaging in a second step.
 6            So basically what I'm trying to propose is some
 7  type of incremental process by which we take it month by
 8  month; the parties are moving towards engaging in
 9  discovery, perhaps not full-blown discovery at first,
10  hoping that we get a decision on the motion to dismiss.
11  But you're not just sitting here not ... you know,
12  effectively with a stay in place, given that the filing
13  of a motion to dismiss is not really itself a reason or
14  good cause for a stay of discovery.  And I think there's
15  a scenario in which the motion to dismiss decision
16  doesn't eliminate all the claims, and so you're going to
17  have to engage in discovery in any case.  And so perhaps
18  to alleviate this concern from Fanatics about burden, we
19  can do it on a month-to-month basis.  Does that make
20  sense?
21            MR. BOIES:  Your Honor, this is David Boies.  I
22  think that is an excellent suggestion and one that we
23  would support.
24            MR. BUTERMAN:  Your Honor, on behalf of
25  Fanatics, this is Larry Buterman again.  I think the
```

```
 1                        PROCEEDINGS                         13
 2   idea of taking the next month to work out the ESI
 3   protocols and the protective orders and then having a
 4   check-in afterwards and then seeing where we are in
 5   terms of next steps, I think that makes perfect sense,
 6   and we're certainly amenable to that.  We do have the
 7   holidays, the Jewish holidays coming up over the next
 8   month, so I would respectfully request that our next
 9   check-in be in early November as opposed to the end of
10   October.  But other than that, that certainly seems
11   fine.
12            I will note that part of the, I guess the
13   hesitancy that we have in terms of going into full-blown
14   discovery or even negotiating a full schedule at this
15   point is because we do anticipate, unless Mr. Boies
16   tells me differently, but I suspect he won't, that if
17   Panini's Complaint is dismissed in whole or in part,
18   that he does plan to amend.  And because of that, we
19   would expect that any schedule that we put forth here
20   would become moot pretty quickly.
21            With that being said, in terms of an initial
22   step, spending the next month or so in negotiating the
23   ESI protocol and the protective order and then having
24   another check-in is certainly something that Fanatics
25   agrees is a good way to proceed.
```

```
 1                                                              16
 2                        C E R T I F I C A T E
 3
 4           I, Carole Ludwig, certify that the foregoing
 5   transcript of proceedings in the case of Panini America,
 6   Inc. v. Fanatics, Inc. et al, Docket #23-cv-09714-LTS-
 7   VF, was prepared using digital transcription software
 8   and is a true and accurate record of the proceedings.
 9
10
11
12
13   Signature_____*Carole Ludwig*_____
14                    Carole Ludwig
15   Date:    November 6, 2024
16
17
18
19
20
21
22
23
24
25
```