# Exhibit 3

**BSF** | BOIES SCHILLER FLEXNER

October 4, 2024

**VIA E-MAIL**
Lawrence E. Buterman
Lathan & Watkins LLP
1271 Avenue of the Americas
New York, NY  10020
lawrence.buterman@lw.com

*Re: Panini America, Inc. v. Fanatics, Inc. et al., Case No. 23-cv-09714-LTS*

Dear Larry:

At the September 23 conference, Magistrate Judge Figueredo proposed that the parties take initial steps to begin moving the case forward while the motions to dismiss are pending and in advance of the next conference on November 7.  We will be sending a proposed ESI order and confidentiality order shortly for your review.  In addition, we believe it makes sense for the parties to exchange a discrete set of documents that are clearly relevant to the litigation and require minimal burden to produce.  Accordingly, please produce the following.  We are prepared to make a reciprocal production.

- Organizational charts sufficient to show your corporate structure as it relates to the production, manufacture, distribution, marketing, pricing or sale of Sports Trading Cards, for the time period 2019 – present.

- Organizational charts sufficient to identify key personnel involved in the production, manufacture, distribution, marketing, pricing or sale of Sports Trading Cards for the time period 2019 – present.

- Fanatics' license agreements with major professional sports leagues and players associations that are at issue in this litigation. This encompasses the six license agreements referenced in ¶ 8 of Panini's Amended Complaint (ECF No. 69, filed 10/10/23).
    - Fanatics/Topps-NFL License Agreement (beginning on or around 4/1/2026)
    - Fanatics/Topps-NFL Players Association License Agreement (beginning on or around 3/1/2026)
    - Fanatics/Topps-NBA License Agreement (beginning on or around 10/1/2025)
    - Fanatics/Topps-NBA Players Association License Agreement (beginning on or around 10/1/2025)
    - Fanatics/Topps-MLB License Agreement (beginning in or around 2025)
    - Fanatics/Topps-MLB Players Association License Agreement (beginning in or around 2025)

Respectfully,
*/s/ Eric Brenner*

Cc: Michael B. Carlinksy, Quinn Emanuel Urquhart & Sullivan, LLP