# Exhibit 5

| | |
|---|---|
| **From:** | Jessica Mugler <jmugler@BSFLLP.com> |
| **Sent:** | Monday, December 2, 2024 1:52 PM |
| **To:** | Buterman, Larry (NY-DC); tedovrom@quinnemanuel.com; kathrynbonacorsi@quinnemanuel.com |
| **Cc:** | michaelcarlinsky@quinnemanuel.com; derekshaffer@quinnemanuel.com; Reeves, Mandy (DC); Stuart Singer; Sabria McElroy; Jason Hilborn; Candelaria, Serena (NY); lukephillips@quinnemanuel.com; Eric Brenner |
| **Subject:** | RE: Panini // Fanatics |
| **Attachments:** | DRAFT Confidentiality Stipulation and Protective Order (Fanatics Edits 11.3.24) (Panini edits 11.4.24) (Panini edits 12.2.24).docx |

Larry,

There are variety of open matters following the November 7 conference with the Court.

**ESI Protocol and Protective Order**

We still have not seen the comments to the ESI Protocol that you said you would be sending. Can you please send?

As for the protective order, consistent with the discussions with the Court at the November 7 conference, the attached revised draft includes new proposed redlines to the "Highly Confidential" provision. These revisions are to limit the "Highly Confidential" designation to the three categories discussed by the parties during the conference. Please let us know if you have any changes.

**Org Charts and Custodians**

Please provide an update on the organizational charts that we discussed at the Nov. 7 conference. At the hearing, the Court stated, and Fanatics agreed, that "Fanatics will produce the currently existing organizational charts" with any necessary redactions (though a "person will not be redacted just because they're under a separate business line"). The Court further stated, and Fanatics agreed, that "Fanatics is going to produce that" in "short order" and that it would not "wait on an agreement on the protective order." It is now more than three weeks later, and we do not have any of these materials. Please provide them.

You also stated at the hearing that you are "prepared to give [Panini] and to identify for them a list of potential custodians." Please also provide that list at your earliest convenience.

**Additional Categories of Documents**

At the November 7 conference, you stated that Fanatics is "committed to meeting and conferring about other types of discovery that we can . . . talk about and provide in the interim." To facilitate that discussion, please see below additional categories of discrete documents that we believe Fanatics can readily identify and produce and which are unquestionably relevant to Panini's claims. As before, we remain willing to discuss a reciprocal production of core Panini documents that can similarly be produced without any significant burden. We are available to meet and confer this week; please let us know some times you are available.

1) Any contracts with the NBA, NFL, MLB, or their players associations related to trading cards beyond the six license agreements already requested, including but not limited to the Fanatics-NBPA License regarding a "Player's Only," non-exclusive license for "Off Court" products,
2) Fanatics' agreements with OneTeam related to trading cards,

1

3) Fanatics' agreements with GCP, and
4) Fanatics' agreements with hobby stores, distributors, big-box retailers, and case breakers related to the selling of trading cards.

Thanks,

**Jessica Mugler**
Associate

**BOIES SCHILLER FLEXNER** LLP
1401 New York Avenue, N.W.
Washington, DC 20005
(c) +1 636-697-6497
(d) +1 202-274-1169
jmugler@bsfllp.com
www.bsfllp.com

---

**From:** Lawrence.Buterman@lw.com <Lawrence.Buterman@lw.com>
**Sent:** Thursday, November 7, 2024 8:50 AM
**To:** Jessica Mugler <jmugler@BSFLLP.com>; tedovrom@quinnemanuel.com; kathrynbonacorsi@quinnemanuel.com
**Cc:** michaelcarlinsky@quinnemanuel.com; derekshaffer@quinnemanuel.com; Amanda.Reeves@lw.com; Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Jason Hilborn <jhilborn@bsfllp.com>; Serena.Candelaria@lw.com; lukephillips@quinnemanuel.com; Eric Brenner <EBrenner@BSFLLP.com>
**Subject:** RE: Panini // Fanatics

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Hi Jessica. I have those and will plan on sending them to you later today.

**Lawrence E. Buterman**

**LATHAM & WATKINS** LLP
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.1264 | M: +1.917.589.5124

---

**From:** Jessica Mugler <jmugler@BSFLLP.com>
**Date:** Thursday, Nov 07, 2024 at 8:49 AM
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>, Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>, Buterman, Larry (NY-DC) <Lawrence.Buterman@lw.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>, Derek Shaffer <derekshaffer@quinnemanuel.com>, Reeves, Mandy (DC) <Amanda.Reeves@lw.com>, Stuart Singer <ssinger@bsfllp.com>, Sabria McElroy <smcelroy@bsfllp.com>, Jason Hilborn <jhilborn@bsfllp.com>, Candelaria, Serena (NY) <Serena.Candelaria@lw.com>, Luke Phillips <lukephillips@quinnemanuel.com>, Eric Brenner <EBrenner@BSFLLP.com>
**Subject:** RE: Panini // Fanatics

Ted,

Also following up on your responses to our comments in the ESI Protocol – do you have an update on that?

Thanks,

2

**Jessica Mugler**
Associate

**BOIES SCHILLER FLEXNER** LLP
1401 New York Avenue, N.W.
Washington, DC 20005
(c) +1 636-697-6497
(d) +1 202-274-1169
jmugler@bsfllp.com
www.bsfllp.com

---

**From:** Jessica Mugler
**Sent:** Wednesday, November 6, 2024 3:28 PM
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Lawrence.Buterman@lw.com
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Amanda.Reeves@lw.com; Stuart Singer <ssinger@BSFLLP.com>; Sabria McElroy <smcelroy@BSFLLP.com>; Jason Hilborn <jhilborn@BSFLLP.COM>; Serena.Candelaria@lw.com; Luke Phillips <lukephillips@quinnemanuel.com>; Eric Brenner <EBrenner@BSFLLP.com>
**Subject:** RE: Panini // Fanatics

Ted,

Thank you for your email. It appears we are at an impasse, so we will be prepared to discuss this issue at the conference tomorrow.

Thanks,

**Jessica Mugler**
Associate

**BOIES SCHILLER FLEXNER** LLP
1401 New York Avenue, N.W.
Washington, DC 20005
(c) +1 636-697-6497
(d) +1 202-274-1169
jmugler@bsfllp.com
www.bsfllp.com

---

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Tuesday, November 5, 2024 6:02 PM
**To:** Jessica Mugler <jmugler@BSFLLP.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Lawrence.Buterman@lw.com
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Amanda.Reeves@lw.com; Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Jason Hilborn <jhilborn@bsfllp.com>; Serena.Candelaria@lw.com; Luke Phillips <lukephillips@quinnemanuel.com>; Eric Brenner <EBrenner@BSFLLP.com>
**Subject:** RE: Panini // Fanatics

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Counsel,

3

Thank you for your proposal. As explained during our meet and confer, your proposal would hamstring Fanatics' in-house counsel by restricting their review of discovery designated "Highly Confidential" – a commonly-used second tier of confidentiality ("Attorney's Eyes' Only") – purely because Panini does not have its own in-house counsel. Fanatics cannot agree to this unreasonable proposal. As we noted, protective orders in SDNY, including protective orders approved by Magistrate Judge Figueredo, are regularly approved with a Highly Confidential/Attorneys Eyes' Only tier, which is not typically limited to specifically enumerated categories of documents (as you seek to do here). Panini's lack of in-house counsel is not a legitimate reason to deviate from this norm, nor should Fanatics' in-house lawyers be disadvantaged by Panini's staffing decisions.

Please let us know if you will agree to the language of paragraph 3 that we proposed to you on November 3. If not, the Court will need to resolve the parties' dispute.

Thanks,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7069 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Jessica Mugler <jmugler@BSFLLP.com>
**Sent:** Monday, November 4, 2024 4:41 PM
**To:** Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Lawrence.Buterman@lw.com
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Amanda.Reeves@lw.com; Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Jason Hilborn <jhilborn@bsfllp.com>; Serena.Candelaria@lw.com; Luke Phillips <lukephillips@quinnemanuel.com>; Eric Brenner <EBrenner@BSFLLP.com>
**Subject:** RE: Panini // Fanatics

**[EXTERNAL EMAIL from jmugler@bsfllp.com]**

All,

Please see our proposed changes to the protective order attached. Based on your comments, we are willing to keep a "Highly Confidential" category but believe it is important to limit the protection to identified categories of material to protect against the kind of over-designation of documents that you mentioned on the call as a concern. The three categories we included are:

  i)     non-public information regarding a party's financial performance,
  ii)    non-public information regarding employee performance or compensation, and
  iii)   non-public information regarding competitive strategy or planning.

We are open to adding additional categories beyond the three included in the redline. The paragraph also contemplates a meet and confer process that tracks the Court's default protective order and which can serve as a safety valve if a

4

party believes that the Highly Confidential designation is needed for other documents during the course of litigation. If Fanatics believes there are other categories of documents that we should agree to in advance for the Highly Confidential category, we are happy to consider them.

**Please also let us know when we can expect your insert to the joint letter that is due today.**

Thanks,

**Jessica Mugler**
Associate

# BOIES SCHILLER FLEXNER LLP

1401 New York Avenue, N.W.
Washington, DC 20005
(c) +1 636-697-6497
(d) +1 202-274-1169
jmugler@bsfllp.com
www.bsfllp.com

---

**From:** Jessica Mugler
**Sent:** Monday, November 4, 2024 9:56 AM
**To:** Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Lawrence.Buterman@lw.com
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Amanda.Reeves@lw.com; Stuart Singer <ssinger@BSFLLP.com>; Sabria McElroy <smcelroy@BSFLLP.com>; Jason Hilborn <jhilborn@BSFLLP.COM>; Serena.Candelaria@lw.com; Luke Phillips <lukephillips@quinnemanuel.com>; Eric Brenner <EBrenner@BSFLLP.com>
**Subject:** RE: Panini // Fanatics

Hi Kathryn,

That works for us. I will send a Zoom invite.

**Jessica Mugler**
Associate

# BOIES SCHILLER FLEXNER LLP

1401 New York Avenue, N.W.
Washington, DC 20005
(c) +1 636-697-6497
(d) +1 202-274-1169
jmugler@bsfllp.com
www.bsfllp.com

---

**From:** Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>
**Sent:** Monday, November 4, 2024 9:03 AM
**To:** Jessica Mugler <jmugler@BSFLLP.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Lawrence.Buterman@lw.com
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Amanda.Reeves@lw.com; Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Jason Hilborn <jhilborn@bsfllp.com>; Serena.Candelaria@lw.com; Luke Phillips <lukephillips@quinnemanuel.com>; Eric Brenner <EBrenner@BSFLLP.com>
**Subject:** RE: Panini // Fanatics

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

5

Thanks Jessica. How about 1130 for a call?

**From:** Jessica Mugler <jmugler@BSFLLP.com>
**Sent:** Sunday, November 3, 2024 8:37 PM
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>; Lawrence.Buterman@lw.com; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Amanda.Reeves@lw.com; Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Jason Hilborn <jhilborn@bsfllp.com>; Serena.Candelaria@lw.com; Luke Phillips <lukephillips@quinnemanuel.com>; Eric Brenner <EBrenner@BSFLLP.com>
**Subject:** RE: Panini // Fanatics

**[EXTERNAL EMAIL from jmugler@bsfllp.com]**

Thanks, Ted. First, please see a draft joint letter attached here with a place to insert Fanatics' position, and let me know any issues.

Second, regarding the PO, we think it would be helpful to have a follow-up call to discuss issues regarding the scope of the OCEO and Highly Confidential designations. Can you please propose some times you are available?

Thanks,

**Jessica Mugler**
Associate

**BOIES SCHILLER FLEXNER** LLP
1401 New York Avenue, N.W.
Washington, DC 20005
(c) +1 636-697-6497
(d) +1 202-274-1169
jmugler@bsfllp.com
www.bsfllp.com

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Sunday, November 3, 2024 8:59 AM
**To:** Jessica Mugler <jmugler@BSFLLP.com>; Lawrence.Buterman@lw.com; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Amanda.Reeves@lw.com; Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Jason Hilborn <jhilborn@bsfllp.com>; Serena.Candelaria@lw.com; Luke Phillips <lukephillips@quinnemanuel.com>; Eric Brenner <EBrenner@BSFLLP.com>
**Subject:** RE: Panini // Fanatics

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Thanks, Jessica. We have suggested additional redlines to paragraphs 4 and 6. Please let us know of any questions, or if it would be helpful to discuss.

**Ted Ovrom**
*Associate*

Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7069 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Jessica Mugler <jmugler@BSFLLP.com>
**Sent:** Friday, November 1, 2024 5:19 PM
**To:** Lawrence.Buterman@lw.com; Ted Ovrom <tedovrom@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Amanda.Reeves@lw.com; Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Jason Hilborn <jhilborn@bsfllp.com>; Serena.Candelaria@lw.com; Luke Phillips <lukephillips@quinnemanuel.com>; Eric Brenner <EBrenner@BSFLLP.com>
**Subject:** RE: Panini // Fanatics

**[EXTERNAL EMAIL from jmugler@bsfllp.com]**

Counsel,

As we discussed on our meet and confer today, please find Panini's suggested redlines to the protective order attached. The redlines are in paragraphs 4, 6, and 9(e).

We are happy to discuss if you have any questions.

Thanks,

**Jessica Mugler**
Associate

**BOIES SCHILLER FLEXNER** LLP
1401 New York Avenue, N.W.
Washington, DC 20005
(c) +1 636-697-6497
(d) +1 202-274-1169
jmugler@bsfllp.com
www.bsfllp.com

---

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Wednesday, October 30, 2024 6:03:18 PM
**To:** Eric Brenner <EBrenner@BSFLLP.com>; Lawrence.Buterman@lw.com <Lawrence.Buterman@lw.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Amanda.Reeves@lw.com <Amanda.Reeves@lw.com>; Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Jason Hilborn <jhilborn@bsfllp.com>; Serena.Candelaria@lw.com <Serena.Candelaria@lw.com>; Luke Phillips <lukephillips@quinnemanuel.com>
**Subject:** RE: Panini // Fanatics

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Eric,

Attached is a draft protective order, along with a redline showing changes that we believe are necessary from Judge Figueredo's model protective order. The changes are generally consistent with protective orders that Judge Figueredo has approved in prior cases.

Note that we've included a separate category of confidentiality for license agreements, but we do not concede that license agreements should be produced at this stage of the case and reserve all rights in that regard. We are happy to discuss further on our meet and confer. Could you send us times tomorrow and Friday that work for a meet and confer?

Best,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7069 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Eric Brenner <EBrenner@BSFLLP.com>
**Sent:** Tuesday, October 29, 2024 6:43 PM
**To:** Lawrence.Buterman@lw.com
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Amanda.Reeves@lw.com; Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Jason Hilborn <jhilborn@bsfllp.com>; Serena.Candelaria@lw.com
**Subject:** RE: Panini // Fanatics

**[EXTERNAL EMAIL from ebrenner@bsfllp.com]**

---

Attached are our further comments on the ESI protocol. We are required to report back to the Court on Monday, in less than a week, and we still have not received a response to my letter from October 4 regarding an exchange of basic information. Nor have we received the proposed edits to the Court's model protective order that you said you would be sharing last Wednesday.

Thanks.

---

**From:** Lawrence.Buterman@lw.com <Lawrence.Buterman@lw.com>
**Sent:** Wednesday, October 23, 2024 3:05 AM
**To:** Eric Brenner <EBrenner@BSFLLP.com>
**Cc:** michaelcarlinsky@quinnemanuel.com; derekshaffer@quinnemanuel.com; kathrynbonacorsi@quinnemanuel.com;

tedovrom@quinnemanuel.com; Amanda.Reeves@lw.com; Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Jason Hilborn <jhilborn@bsfllp.com>; Serena.Candelaria@lw.com
**Subject:** RE: Panini // Fanatics

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Hi Eric.  Attached please find our proposed edits to the ESI Protocol.  We are also working on some edits to the Court's model protective order which we believe are necessary for this case.  We will send that over to you in the coming days and then we can plan to meet and confer once you have had a chance to review.  I'll check with my colleagues and revert with some potential times to speak.

All the best,

Larry

**Lawrence E. Buterman**

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.1264 | M: +1.917.589.5124

**From:** Eric Brenner <EBrenner@BSFLLP.com>
**Sent:** Monday, October 21, 2024 6:12 PM
**To:** Buterman, Larry (NY-DC) <Lawrence.Buterman@lw.com>
**Cc:** michaelcarlinsky@quinnemanuel.com; derekshaffer@quinnemanuel.com; kathrynbonacorsi@quinnemanuel.com; tedovrom@quinnemanuel.com; Reeves, Mandy (DC) <Amanda.Reeves@lw.com>; Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Jason Hilborn <jhilborn@bsfllp.com>; Candelaria, Serena (NY) <Serena.Candelaria@lw.com>
**Subject:** Re: Panini // Fanatics

Larry, we still have not heard from you regarding the proposal in my October 4 letter and the draft ESI protocol we sent on October 7.  We are supposed to provide a joint status report to the magistrate judge on November 4.  Can you please provide some times this week when your team is available to meet and confer.

Thanks.

--Eric

Eric Brenner
BOIES SCHILLER FLEXNER LLP
(t) +1 212 446 2315 | (m) +1 917 545 3915

**From:** Lawrence.Buterman@lw.com <Lawrence.Buterman@lw.com>
**Sent:** Wednesday, October 16, 2024 11:17 AM
**To:** Eric Brenner <EBrenner@BSFLLP.com>
**Cc:** michaelcarlinsky@quinnemanuel.com <michaelcarlinsky@quinnemanuel.com>; derekshaffer@quinnemanuel.com <derekshaffer@quinnemanuel.com>; kathrynbonacorsi@quinnemanuel.com <kathrynbonacorsi@quinnemanuel.com>; tedovrom@quinnemanuel.com <tedovrom@quinnemanuel.com>; Amanda.Reeves@lw.com <Amanda.Reeves@lw.com>; Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Jason Hilborn

<jhilborn@bsfllp.com>; Serena.Candelaria@lw.com <Serena.Candelaria@lw.com>
**Subject:** RE: Panini // Fanatics

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Hi Eric.  Thanks for your email and for sending over the draft ESI Protocol.  We are in the process of reviewing and editing it and plan to have our markup back to you as soon as we can.  Once we finalize this document and the Protective Order, we are happy to have a call to discuss the remainder of your October 4 letter.

All the best,

Larry

**Lawrence E. Buterman**

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.1264 | M: +1.917.589.5124

**From:** Eric Brenner <EBrenner@BSFLLP.com>
**Sent:** Tuesday, October 15, 2024 9:36 AM
**To:** Buterman, Larry (NY-DC) <Lawrence.Buterman@lw.com>
**Cc:** michaelcarlinsky@quinnemanuel.com; derekshaffer@quinnemanuel.com; kathrynbonacorsi@quinnemanuel.com; tedovrom@quinnemanuel.com; Reeves, Mandy (DC) <Amanda.Reeves@lw.com>; Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Jason Hilborn <jhilborn@bsfllp.com>
**Subject:** Re: Panini // Fanatics

Can you please let us know your position as to the requests raised in my October 4 letter as well as any comments on the proposed ESI protocol we sent subsequently. We're happy to discuss on a call if you'd like.

Thanks.

Eric Brenner
BOIES SCHILLER FLEXNER LLP
(t) +1 212 446 2315 | (m) + 917 545 3915

**From:** Eric Brenner <EBrenner@BSFLLP.com>
**Sent:** Friday, October 4, 2024 10:59:58 AM
**To:** Lawrence.Buterman@lw.com <Lawrence.Buterman@lw.com>
**Cc:** michaelcarlinsky@quinnemanuel.com <michaelcarlinsky@quinnemanuel.com>; derekshaffer@quinnemanuel.com <derekshaffer@quinnemanuel.com>; kathrynbonacorsi@quinnemanuel.com <kathrynbonacorsi@quinnemanuel.com>; tedovrom@quinnemanuel.com <tedovrom@quinnemanuel.com>; Amanda.Reeves@lw.com <Amanda.Reeves@lw.com>; Stuart Singer <ssinger@bsfllp.com>
**Subject:** Panini // Fanatics

Please attached correspondence.

Eric Brenner
BOIES SCHILLER FLEXNER LLP
(t) +1 212 446 2315 | (m) + 917 545 3915

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]