UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PANINI AMERICA, INC.,

                Plaintiff,

-against-

FANATICS, INC. et al,

                Defendants.
-------------------------------------------------------------------X
FANATICS COLLECTIBLES TOPCO, INC.,

                Plaintiff,

-against-

PANINI S.P.A.,

                Defendant.
-------------------------------------------------------------------X

23-cv-9714 (LTS) (VF)
23-cv-6895 (LTS) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

In light of the parties' representation that there are currently no ripe discovery disputes at ECF No. 98 in 23-CV-6895 and ECF No. 154 in 23-CV-9714, the February 4, 2025 discovery conference is cancelled. Per the scheduling order at ECF No. 72 in 23-CV-6895 and ECF No. 128 in 23-CV-9714, the next discovery conference is scheduled for **March 13, 2025 at 10 a.m.**

      SO ORDERED.

DATED:    New York, New York
               February 3, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge