UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PANINI AMERICA, INC.,

                        Plaintiff,                  **23-cv-9714 (LTS) (VF)**
                                                  **23-cv-6895 (LTS) (VF)**

            -against-

FANATICS, INC. et al,                                    **ORDER**

                        Defendants.
-----------------------------------------------------------------X
FANATICS COLLECTIBLES TOPCO, INC.,

                        Plaintiff,

            -against-

PANINI S.P.A.,

                        Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       In light of the telephone conference recently scheduled for **April 2, 2025**, the telephone conference scheduled for April 10, 2025 is hereby canceled.

       **SO ORDERED.**

DATED:    New York, New York
                March 10, 2025

                                                          _____
                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge