UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PANINI AMERICA, INC.,

                        Plaintiff,                  **23-cv-9714 (LTS) (VF)**
                                                                **23-cv-6895 (LTS) (VF)**

          -against-

FANATICS, INC. et al,                                                 **ORDER**

                        Defendants.
------------------------------------------------------------------X
FANATICS COLLECTIBLES TOPCO, INC.,

                        Plaintiff,

          -against-

PANINI S.P.A.,

                        Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On or before **May 13, 2025**, Fanatics, Inc. will produce its six licensing agreements with the major sports leagues and players associations, as discussed at the conference on May 1.

      By **May 13, 2025**, Fanatics, Inc. will produce documents responsive to Document Request No. 3 in Panini's document requests served on January 8, 2025—specifically, Fanatics' agreements with GC Packaging, LLC. As discussed at the May 1 conference, if after a meet and confer there is still a dispute concerning the production of documents responsive to Request No. 4, the parties can raise it with the Court at the June conference.

      Below is a schedule for the completion of fact and expert discovery.

- March 13, 2025 – Deadline for providing mandatory initial disclosures. See Fed. R. Civ. P. 26(a)(1).

- October 31, 2025 – Deadline for moving to join a party or amend the pleadings. See Fed. R. Civ. P. 14, 15(a), 19, 20.

- February 20, 2026 – Deadline for the substantial completion of document productions.

- June 5, 2026 – Deadline for completion of fact discovery and filing any motion to compel. See Fed. R. Civ. P. 37.

- Deadlines for serving expert disclosures under Rule 26(a)(2), including any report required by Rule 26(a)(2)(B).

    o Plaintiff: July 31, 2026
    o Defendant: October 2, 2026
    o Rebuttal: November 13, 2026

- December 30, 2026 – Deadline for the completion of expert discovery and filing any motion to compel expert discovery. See Fed. R. Civ. P. 37.

**SO ORDERED.**

DATED:    New York, New York
          May 1, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge