**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PANINI AMERICA, INC.,

                         Plaintiff,                    **23-cv-9714 (LTS) (VF)**
                                                 **23-cv-6895 (LTS) (VF)**

          -against-

FANATICS, INC. et al,                             **<u>ORDER</u>**

                         Defendants.
-----------------------------------------------------------------X
FANATICS COLLECTIBLES TOPCO, INC.,

                         Plaintiff,

          -against-

PANINI S.P.A.,

                         Defendant.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The remaining monthly telephone conferences previously scheduled at ECF No. 72

in Case No. 23-CV-6895 and ECF No. 128 in 23-CV-9714 are canceled. The Court hereby

schedules a discovery conference for **<u>August 11, 2025 at 10 a.m.</u>** in Courtroom 17-A,

United States Courthouse, 500 Pearl Street, New York, New York.

       The parties are directed to file a joint status letter, discussing any discovery disputes

to be addressed at the conference by **<u>August 4, 2025</u>**.

       **SO ORDERED.**

DATED:     New York, New York
            May 21, 2025

                                    _____
                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge