UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FANATICS COLLECTIBLES TOPCO, INC.,

    Plaintiff,

v.

PANINI S.P.A.,

    Defendant.
_____/

Case No. 1:23-cv-06895-LTS-VF
[rel: Case No. 1:23-cv-09714-LTS-VF]

**Oral Argument Requested**

### NOTICE OF PANINI S.P.A.'S MOTION TO PARTIALLY DISMISS FANATICS COLLECTIBLES TOPCO, INC.'S SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendant Panini S.p.A., by and through its undersigned counsel, respectfully moves this Court, before the Honorable Laura Taylor Swain, Chief United States District Judge, for an order dismissing Counts 2 and 3 of Plaintiff Fanatics Collectibles TopCo, Inc.'s Second Amended Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

June 6, 2025

Respectfully submitted,

*/s/ David Boies*
David Boies
Eric Brenner
**Boies Schiller Flexner LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
dboies@bsfllp.com
ebrenner@bsfllp.com

Stuart H. Singer*
Sabria A. McElroy*
Jason Hilborn*

**Boies Schiller Flexner LLP**
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
ssinger@bsfllp.com
smcelroy@bsfllp.com
jhilborn@bsfllp.com

Ursula Ungaro*
**Boies Schiller Flexner LLP**
100 SE 2nd Street Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
uungaro@bsfllp.com

James P. Denvir*
Richard A. Feinstein*
**Boies Schiller Flexner LLP**
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
jdenvir@bsfllp.com
rfeinstein@bsfllp.com

*Counsel for Panini S.p.A.*

**Pro hac vice*

2