UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PANINI AMERICA, INC.,

                                                Plaintiff,

                    -against-

FANATICS, INC. et al,

                                                Defendants.
----------------------------------------------------------------X
FANATICS COLLECTIBLES TOPCO, INC.,

                                                Plaintiff,

                    -against-

PANINI S.P.A.,

                                              Defendant.
----------------------------------------------------------------X
PHILLIP JONES,

                                                Plaintiff,

                    -against-

FANATICS, INC., et al.,

                                              Defendants.
----------------------------------------------------------------X
ROBERT SCATURO, et al.,

                                              Plaintiffs,

                  -against-

FANATICS, INC., et al.,

                                              Defendants.
----------------------------------------------------------------X
JUSTIN NACHMAN,

                                              Plaintiff,

                    -against-

FANATICS, INC., et al.,

                                            Defendants.
----------------------------------------------------------------X

**23-cv-9714 (LTS) (VF)**
**23-cv-6895 (LTS) (VF)**
**25-CV-5776 (LTS) (VF)**
**25-CV-2202 (LTS) (VF)**
**25-cv-6097 (LTS) (VF)**

**SCHEDULING ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

A case management conference for the related cases captioned above is hereby scheduled for **Monday, October 20, 2025 at 10 a.m.** in Courtroom 17-A, 500 Pearl Street, New York, New York.

**SO ORDERED.**

DATED:   New York, New York
         August 4, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge