UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PANINI AMERICA, INC.,

                          Plaintiff,                            **23-cv-9714 (LTS) (VF)**
                                                                      **23-cv-6895 (LTS) (VF)**

                 -against-

FANATICS, INC. et al,                                               **ORDER**

                              Defendants.
------------------------------------------------------------------X
FANATICS COLLECTIBLES TOPCO, INC.,

                          Plaintiff,

                 -against-

PANINI S.P.A.,

                            Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The discovery conference scheduled for **August 11, 2025 at 10 a.m.** will now take place over the telephone. The parties are directed to call Judge Figueredo's Teams conference line at the scheduled time. Please dial: (315) 691-0477, passcode [823958309#].

       **SO ORDERED.**

DATED:     New York, New York
                 August 8, 2025

                                                                   VALERIE FIGUEREDO
                                                                   United States Magistrate Judge