UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PANINI AMERICA, INC.,

                    Plaintiff,          **23-cv-9714 (LTS) (VF)**
                                                    **23-cv-6895 (LTS) (VF)**

       -against-

FANATICS, INC. et al,                                 **ORDER**

                    Defendants.
------------------------------------------------------------------X
FANATICS COLLECTIBLES TOPCO, INC.,

                    Plaintiff,

       -against-

PANINI S.P.A.,

                    Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Pursuant to the parties' discovery proposal at ECF No. 138, the following discovery conferences are scheduled, all of which will be in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York:

- A discovery conference is scheduled for **October 7, 2025 at 2:15 p.m.** The parties are directed to submit letters raising any issues to be addressed at the conference by **October 3, 2025 at 5 p.m.**

- A discovery conference is scheduled for **November 20, 2025 at 10:00 a.m.** The parties are directed to submit letters raising any issues to be addressed at the conference by **November 17, 2025 at 5 p.m.**

- A discovery conference is scheduled for **January 7, 2026 at 10:00 a.m.** The parties are directed to submit letters raising any issues to be addressed at the conference by **January 2, 2026 at 5 p.m.**

- A discovery conference is scheduled for **February 11, 2026 at 10:00 a.m.** The parties are directed to submit letters raising any issues to be addressed at the conference by **February 6, 2026 at 5 p.m.**

**SO ORDERED.**

DATED:   New York, New York
         September 10, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge