UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PANINI AMERICA, INC.,

                          Plaintiff,                    **23-cv-9714 (LTS) (VF)**
                                                **23-cv-6895 (LTS) (VF)**

         -against-

FANATICS, INC. et al,                            **ORDER RESCHEDULING**
                                                      **CONFERENCE**

                          Defendants.
------------------------------------------------------------------X
FANATICS COLLECTIBLES TOPCO, INC.,

                          Plaintiff,

         -against-

PANINI S.P.A.,

                          Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       A discovery conference is rescheduled for **October 9, 2025, at 2:15 p.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. The parties are directed to submit letters raising any issues to be addressed at the conference by **October 3, 2025, at 5 p.m.**

       The discovery conferences scheduled for **November 20, 2025**, **January 7, 2026**, and **February 11, 2026** remain unchanged.

       **SO ORDERED.**

DATED:     New York, New York
                 September 16, 2025

                                                                _____
                                                                VALERIE FIGUEREDO
                                                                United States Magistrate Judge