UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PANINI AMERICA, INC.,

                    Plaintiff,

-against-

FANATICS, INC. et al,

                    Defendants.
------------------------------------------------------------------X
FANATICS COLLECTIBLES TOPCO, INC.,

                    Plaintiff,

-against-

PANINI S.P.A.,

                    Defendant.
------------------------------------------------------------------X

**23-cv-9714 (LTS) (VF)**
**23-cv-6895 (LTS) (VF)**

**ORDER SCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    A discovery conference to discuss the issues raised at ECF No. 206 is hereby scheduled for **October 15, 2025, at 10:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, pass code [837 286 394#].**

    SO ORDERED.

DATED:    New York, New York
               October 10, 2025

                                                      _____
                                                        VALERIE FIGUEREDO
                                                        United States Magistrate Judge