UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PANINI AMERICA, INC.,

                        Plaintiff,

            -against-

FANATICS, INC. et al,

                        Defendants.
------------------------------------------------------------------X
FANATICS COLLECTIBLES TOPCO, INC.,

                        Plaintiff,

            -against-

PANINI S.P.A.,

                        Defendant.
------------------------------------------------------------------X
PHILLIP JONES,

                        Plaintiff,

            -against-

FANATICS, INC., et al.,

                        Defendants.
------------------------------------------------------------------X
ROBERT SCATURO, et al.,

                        Plaintiffs,

            -against-

FANATICS, INC., et al.,

                        Defendants.
------------------------------------------------------------------X
SEAN AULD, et al.,

                        Plaintiffs,

            -against-

FANATICS, INC., et al.,

                        Defendants.
------------------------------------------------------------------X
MITCHELL GOLDBERGER and BRUCE HONNOLD, on behalf
of themselves and all others similarly situated,

                        Plaintiffs,

            -against-

FANATICS, INC., et al.,

                        Defendants.
------------------------------------------------------------------X

**23-CV-9714 (LTS) (VF)**
**23-CV-6895 (LTS) (VF)**
**25-CV-5776 (LTS) (VF)**
**25-CV-2202 (LTS) (VF)**
**25-CV-6825 (LTS) (VF)**
**25-CV-6369 (LTS) (VF)**

**ORDER RESCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

1

2

A case management conference for the related cases captioned above is hereby rescheduled for **Friday, October 17, 2025 at 2 p.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, pass code [672 657 074#].**

SO ORDERED.

DATED:    New York, New York
          October 14, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge

2