UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PANINI AMERICA, INC.,

                        Plaintiff,              **23-cv-9714 (LTS) (VF)**
                                            **23-cv-6895 (LTS) (VF)**

              -against-

FANATICS, INC. et al,                              **SCHEDULING ORDER**

                        Defendants.
------------------------------------------------------------------X
FANATICS COLLECTIBLES TOPCO, INC.,

                        Plaintiff,

              -against-

PANINI S.P.A.,

                        Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A discovery conference to discuss the issues raised at ECF No. 206 is hereby rescheduled for **November 6, 2025 at 2:30 p.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, pass code [801 330 103#].**

      Further, all discovery conferences scheduled at ECF No. 203 will now take place via Microsoft Teams conference call. Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time.

- For the discovery conference on **November 20, 2025 at 10:00 a.m., please dial (646) 453-4442, pass code [448 038 70#].** The parties are directed to submit

letters raising any issues to be addressed at the conference by **November 17, 2025 at 5 p.m.**

- For the discovery conference on **January 7, 2026 at 10:00 a.m., please dial (646) 453-4442, pass code [295 920 275#].** The parties are directed to submit letters raising any issues to be addressed at the conference by **January 2, 2026 at 5 p.m.**

- For the discovery conference on **February 11, 2026 at 10:00 a.m., please dial (646) 453-4442, pass code [912 636 547#].** The parties are directed to submit letters raising any issues to be addressed at the conference by **February 6, 2026 at 5 p.m.**

Finally, an additional discovery conference is scheduled for **December 16, 2025 at 10 a.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, pass code [473 870 146#].** The parties are directed to submit letters raising any issues to be addressed at the conference by **December 12, 2025 at 5 p.m.**

   SO ORDERED.

DATED:   New York, New York
         October 14, 2025

                                          _____
                                          VALERIE FIGUEREDO
                                          United States Magistrate Judge