UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PANINI AMERICA, INC.,

                        Plaintiff,

           -against-

FANATICS, INC. et al,

                        Defendants.
------------------------------------------------------------------X
FANATICS COLLECTIBLES TOPCO, INC.,

                        Plaintiff,

           -against-

PANINI S.P.A.,

                        Defendant.
------------------------------------------------------------------X

**23-CV-09714 (LTS) (VF)**
**23-CV-06895 (LTS) (VF)**

**<u>SCHEDULING ORDER</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      In August 2025, the Court issued two orders scheduling an initial case management conference for October 20, 2025 in <u>Fanatics Collectibles Topco, Inc. v. Panini S.P.A.</u>, No 1:23-cv-06895; <u>Panini America, Inc. v. Fanatics, Inc, et al.</u>, No. 23-cv-09714; <u>Scaturo v. Fanatics, Inc., et al.</u>, No. 25-cv-02202; <u>Jones v. Fanatics, Inc., et al.</u>, No. 25-cv-05776; and <u>Goldberger v. Fanatics, Inc., et al.</u>, No. 25-cv-06369.[1] <u>See</u> No. 25-cv-05776 at ECF No. 42; No. 25-cv-06369 at ECF No. 9.

      However, on October 6, 2025, after the Court had issued its scheduling orders, a consolidated class-action complaint was filed in <u>Jones v. Fanatics, Inc., et al.</u>, <u>Goldberger v. Fanatics, Inc., et al.</u>, No. 25-cv-06369; and <u>Auld v. Fanatics, Inc., et al.</u>, No. 25-cv-06825. <u>See</u> No. 25-cv-05776 at ECF No. 133. Given the filing of the consolidated class-action

---

[1] <u>Auld v. Fanatics, Inc., et al.</u>, No. 25-cv-06825 was not included in these orders because the complaint had not yet been filed.

1

complaint, for which the Defendants in <u>Jones</u>, <u>Goldberger</u>, and <u>Auld</u> have not yet responded, a case management conference in those three cases would be premature at this juncture. As such, the parties in <u>Jones</u>, <u>Goldberger</u>, and <u>Auld</u> do not have to appear for the case management conference presently scheduled for October 17, 2025. The Court will schedule a case management conference in that consolidated class-action case once the Defendants have responded to the class-action complaint.

Additionally, the parties in <u>Panini America, Inc. v. Fanatics, Inc, et al.</u>, No. 23-cv-09714, and <u>Fanatics Collectibles Topco, Inc. v. Panini S.P.A.</u>, No 1:23-cv-06895, already have a case management plan in place and are in the midst of discovery. They therefore also do not need to participate in the conference scheduled for October 17.

Accordingly, only the parties in **<u>Scaturo v. Fanatics, Inc., et al.</u>**, No. 25-cv-02202 have to attend the case management conference scheduled for **<u>Friday, October 17, 2025 at 2 p.m.</u>** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, pass code [672 657 074#].**

    SO ORDERED.

DATED:   New York, New York
         October 15, 2025

                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge