UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PANINI AMERICA, INC.,

                Plaintiff,

-against-

FANATICS, INC. et al,

                Defendants.
------------------------------------------------------------------X
FANATICS COLLECTIBLES TOPCO, INC.,

                Plaintiff,

-against-

PANINI S.P.A.,

                Defendant.
------------------------------------------------------------------X

**23-cv-9714 (LTS) (VF)**

**23-cv-6895 (LTS) (VF)**

**ORDER TO MODIFY SEALED VIEWING LEVEL**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      The Court respectfully directs the Clerk of Court to modify the viewing level for the Order at ECF No. 226 in No. 1:23-cv-09714 (LTS) (VF) and ECF No. 150 in No. 1:23-cv-06895 (LTS) (VF) to the Selected Parties viewing level.

      **SO ORDERED.**

DATED:    New York, New York
                October 29, 2025

                                                _____
                                                VALERIE FIGUEREDO
                                                United States Magistrate Judge