UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PANINI AMERICA, INC.,

                     Plaintiff,

-against-

FANATICS, INC. et al,

                     Defendants.
------------------------------------------------------------------X
FANATICS COLLECTIBLES TOPCO, INC.,

                     Plaintiff,

-against-

PANINI S.P.A.,

                     Defendant.
------------------------------------------------------------------X

**23-CV-9714 (LTS) (VF)**

**23-CV-6895 (LTS) (VF)**

**ORDER TO MODIFY TRANSCRIPT**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      In light of the Notice of Intent to Request Redaction, the parties are directed to send the proposed redacted transcript to the Transcriber. Once in receipt of the proposed redactions, the Transcriber is respectfully directed to prepare the redacted transcript for filing on ECF in 23-CV-9714 and 23-CV-6895.

      The Clerk of Court is respectfully directed not to release the transcript at ECF No. 224 in 23-CV-9714 and ECF No. 149 in 23-CV-6895.

      **SO ORDERED.**

DATED:    New York, New York
               November 5, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge

1