UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PANINI AMERICA, INC.,

                Plaintiff,          **23-cv-9714 (LTS) (VF)**
                                                          **23-cv-6895 (LTS) (VF)**

      -against-

FANATICS, INC. et al,                           **ORDER**

              Defendants.
------------------------------------------------------------------X
FANATICS COLLECTIBLES TOPCO, INC.,

                Plaintiff,

      -against-

PANINI S.P.A.,

                Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The upcoming discovery conference is hereby rescheduled for **Monday, March 10, 2025 at 10 a.m.** Counsel for the parties are directed to call Judge Figueredo's conference line at the scheduled time. Please dial (646) 453-4442; passcode [906 897 680#].

      The parties are directed to file a joint status letter, discussing any discovery disputes to be addressed at the conference no later than **3 days** before the scheduled conference.

      **SO ORDERED.**

DATED:    New York, New York
                February 28, 2025

                                                                     _____
                                                                     VALERIE FIGUEREDO
                                                                     United States Magistrate Judge