**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
PANINI AMERICA, INC.,

                      Plaintiff,

           -against-

FANATICS, INC. et al,

                   Defendants.
-------------------------------------------------------------------X
FANATICS COLLECTIBLES TOPCO, INC.,

                      Plaintiff,


           -against-

PANINI S.P.A.,

                   Defendant.
-------------------------------------------------------------------X

**23-cv-9714 (LTS) (VF)**
**23-cv-6895 (LTS) (VF)**


**SCHEDULING ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

At the request of the parties, the discovery conference scheduled for **February 11, 2026** is adjourned. An additional discovery conference is hereby scheduled for **March 18, 2026, at 10 a.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, pass code [391 752 384#].** The parties are directed to submit letters raising any issues to be addressed at the conference by **March 13, 2026, at 5 p.m.**

     **SO ORDERED.**

DATED:    New York, New York
          February 6, 2026

                            _____
                            VALERIE FIGUEREDO
                            United States Magistrate Judge