May 4, 2026

**<u>Via ECF</u>**

The Honorable Valerie Figueredo
United States District Court Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re:  *Panini America, Inc. v. Fanatics, Inc. et al.*, Case No. 1:23-cv-09714-LTS-VF
> (S.D.N.Y. 2023); *Fanatics Collectibles TopCo, Inc. v. Panini S.p.A.*, Case No.
> 1:23-cv-06895-LTS-VF (S.D.N.Y. 2023)

Dear Judge Figueredo:

The parties respectfully submit this Letter-Motion pursuant to Fed. R. Civ. P. 16(b)(4), Local Civ. R. 7.1(e), and Your Honor's Individual Practices, Section I.e, requesting that the Court modify the discovery schedule set forth in the May 1, 2025 Order (ECF No. 174 in Case No. 23-cv-9714; ECF No. 115 in Case No. 23-cv-6895) to extend the deadline for the completion of fact discovery for depositions and adjust subsequent deadlines accordingly. No party has previously sought an extension of the discovery deadlines set in the May 1, 2025 Order.

The parties have engaged in extensive discovery over the past year. The current deadline for the completion of fact discovery is June 5, 2026, and, despite the parties' diligence in pursuing discovery, document productions are ongoing and no fact depositions have been taken. The parties have agreed that 30 depositions per side (inclusive of party, third-party, and cross-noticed depositions) is appropriate given the scope and complexity of these actions. A significant number of those depositions will involve third-party witnesses, which will require coordination and scheduling considerations. Given the above, the parties submit that good cause exists for an extension of approximately 4 months to allow the parties to complete fact depositions in an orderly fashion. The parties agree that the current June 5, 2026 deadline for party document discovery will remain unchanged.

Accordingly, the parties propose the following modifications to the discovery schedule:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Last day to serve party document requests | May 6, 2026 | May 6, 2026 (no change) |

| | | |
|---|---|---|
| Completion of party document productions[1] | June 5, 2026 | June 5, 2026 (no change) |
| Last day to serve third party document subpoenas | May 6, 2026 | August 7, 2026 |
| Last day to serve interrogatories and requests for admission | May 6, 2026 | August 7, 2026 |
| Completion of fact depositions and deadline for motions to compel (Fed. R. Civ. P. 37) | June 5, 2026 | September 30, 2026 |
| Plaintiff expert disclosures (Fed. R. Civ. P. 26(a)(2)) | July 31, 2026 | November 30, 2026 |
| Defendant expert disclosures (Fed. R. Civ. P. 26(a)(2)) | October 2, 2026 | January 29, 2027 |
| Rebuttal expert disclosures | November 13, 2026 | March 12, 2027 |
| Completion of expert discovery and deadline for motions to compel expert discovery | December 30, 2026 | April 30, 2027 |

For the foregoing reasons, the parties respectfully request that the Court grant this joint application and enter an order modifying the discovery schedule as set forth above.

May 4, 2026                                     Respectfully submitted,

*/s/ Stuart Singer*                              */s/ Michael Carlinsky*
David Boies                                      Michael B. Carlinsky
Eric Brenner                                     Quinn Emanuel Urquhart & Sullivan LLP
Boies Schiller Flexner LLP                       295 Fifth Avenue

---

[1] The parties agree that document productions may follow the June 5 cut off for party document requests served before the current May 6, 2026 deadline and custodians still being actively negotiated as of the date of this filing.

55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
dboies@bsfllp.com
ebrenner@bsfllp.com

Stuart H. Singer*
Sabria A. McElroy*
Meredith Schultz*
Boies Schiller Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
ssinger@bsfllp.com
smcelroy@bsfllp.com
mschultz@bsfllp.com

James P. Denvir*
Richard A. Feinstein*
Boies Schiller Flexner LLP
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
jdenvir@bsfllp.com
rfeinstein@bsfllp.com

*Counsel for Panini America, Inc.
and Panini S.p.A.*

*\*pro hac vice*

cc:    All Counsel of Record (by ECF)

New York, NY 10016
michaelcarlinsky@quinnemanuel.com
(212) 849-7000

Lawrence E. Buterman
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
lawrence.buterman@lw.com
(212) 906-1264

*Counsel for Fanatics*

## MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: May 5, 2026**

The Court hereby adopts the updated discovery schedule proposed by the parties. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 324.