UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PANINI AMERICA, INC.,

                            Plaintiff,                      **23-cv-9714 (LTS) (VF)**
                                                                         **23-cv-6895 (LTS) (VF)**

               -against-

FANATICS, INC. et al,                                             **ORDER**

                            Defendants.
------------------------------------------------------------------X
FANATICS COLLECTIBLES TOPCO, INC.,

                            Plaintiff,

               -against-

PANINI S.P.A.,

                            Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The remaining monthly telephone conferences previously scheduled at ECF No. 72 in Case No. 23-CV-6895 and ECF No. 128 in 23-CV-9714 are canceled. The Court hereby schedules a discovery conference for **August 11, 2025 at 10 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

       The parties are directed to file a joint status letter, discussing any discovery disputes to be addressed at the conference by **August 4, 2025**.

       **SO ORDERED.**

DATED:    New York, New York
                May 21, 2025

                                                                             _____
                                                                             VALERIE FIGUEREDO
                                                                             United States Magistrate Judge