**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PANINI AMERICA, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>FANATICS, INC., FANATICS, LLC, FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., FANATICS SPV, LLC, and FANATICS HOLDINGS, INC.<br><br>*Defendants*. | **Case No. 1:23-cv-09714-LTS-VF**<br>**[rel: Case No. 1:23-cv-06895-LTS-VF]** |
| FANATICS COLLECTIBLES TOPCO, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>PANINI S.P.A.,<br><br>*Defendant.* | |

**STIPULATION TO AMEND THE SCHEDULING ORDER**

Panini America, Inc. ("Panini") and Defendants Fanatics, Inc., Fanatics, LLC, Fanatics Collectibles Intermediate Holdco, Inc., Fanatics SPV, LLC, and Fanatics Holdings, Inc. ("Fanatics")[1] (each a "Party," and collectively, the "Parties"), have agreed that the terms of this Stipulation shall apply in the above-captioned actions (together, the "Actions"). The Parties jointly stipulate and request that the Court amend the scheduling order deadlines as set forth below.

[1] Defendants note that Fanatics, Inc. no longer exists as a legal entity.

NOW THEREFORE, it is hereby STIPULATED and ORDERED that:

1. The deadline for serving interrogatories is extended from September 18, 2026, to October 2, 2026.

2. The deadline for serving requests for admission is extended from September 18, 2026, to October 30, 2026.

3. The deadline to file motions to compel concerning documents is extended from September 30, 2026, to October 21, 2026.

DATED: September 30, 2026

Respectfully submitted,

*<u>/s/ Michael B. Carlinsky</u>*
Michael B. Carlinsky
Kathryn D. Bonacorsi
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
295 Fifth Avenue
New York, NY 10016

Derek L. Shaffer
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
1300 I Street NW, 9th Floor
Washington, DC 20005

*<u>/s/ Lawrence E. Buterman</u>*
Lawrence E. Buterman
**Latham & Watkins LLP**
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1264
lawrence.buterman@lw.com

Amanda P. Reeves (*pro hac vice*)
**Latham & Watkins LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004

Christopher S. Yates (*pro hac vice*)
Alicia R. Jovais (*pro hac vice*)
**Latham & Watkins LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

*<u>/s/ David Boies</u>*
David Boies
Eric Brenner
**Boies Schiller Flexner LLP**
55 Hudson Yards
New York, NY
(212) 446-2300
dboies@bsfllp.com
ebrenner@bsfllp.com

Stuart Singer*
Sabria McElroy*
Meredith Schultz*
**Boies Schiller Flexner LLP**
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL 33301
(954) 356-0011
ssinger@bsfllp.com
smcelroy@bsfllp.com
mschultz@bsfllp.com

James P. Denvir*
Richard A. Feinstein*
**Boies Schiller Flexner LLP**
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jdenvir@bsfllp.com
rfeinstein@bsfllp.com

**Admitted pro hac vice*

**ORDER**

Based on the foregoing Stipulation, IT IS SO ORDERED.

Dated this 5 day of October, 2026.

The Honorable Valerie Figueredo
United States District Court Magistrate Judge